2015-1099 (La. 9/6/16)

**STATE EX REL. Todd Vincent EDWARDS**

v.

**STATE of Louisiana**

**NO. 2015-KH-1099**

Supreme Court of Louisiana.

September 6, 2016

Applying for Reconsideration of this Court's action dated April 15, 2016; Parish of Iberia, 16th Judicial District Court Div. H, No. 04-111; to the Court of Appeal, Third Circuit, No. KH 14-01342

Not considered. See La.S.Ct. Rule IX, § 6.

2015-1199 (La. 9/6/16)

**STATE EX REL. Kirt k. HALL**

v.

**STATE of Louisiana**

**NO. 2015-KH-1199**

Supreme Court of Louisiana.

September 6, 2016

Applying for Reconsideration of this Court's action dated May 2. 2016 ; Parish of E. Baton Rouge, 19th Judicial District Court Div. K, No. 02-92-1099; to the Court of Appeal, First Circuit, No. 2015 KW 0302

Not considered. See La.S.Ct. Rule IX, § 6.

2015-1222 (La. 9/6/16)

**STATE EX REL. Davonta MITCHELL**

v.

**STATE of Louisiana**

**No. 2015-KH-1222**

Supreme Court of Louisiana.

September 6, 2016

Applying for Reconsideration of this Court's action dated May 13, 2016, Parish of Rapides, 9th Judicial Court Div. D, No. 302,702; to the Court of Appeal, Third Circuit, No. 15-00342

Not considered. See La.S.Ct. Rule IX, § 6.

2016-0677 (La. 9/6/16)

**SUCCESSION OF Curtis SELF**

**NO. 2016-CC-0677**

Supreme Court of Louisiana.

September 6, 2016

Applying for Reconsideration of this Courts action dated May 27, 2016 Parish of West Carroll, 5th Judicial District Court, No. 29,987; to the Court of Appeal, Second Circuit, No. 50,803-CW

Not considered. See Louisiana Supreme Court Rule IX, § 6.